AO 91 (Rev.11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FILED

2016 JUL 20 AM 11: 52

U.S. DISTRICT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 6:16-mj- 1428 |
| MICHAEL MICHALAK ) | |
| _Defendant_ ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 16, 2016 to June 30, 2016, in the county of Seminole in the Middle District of Florida, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(1), 2(b) | Aiding and abetting the transportation of child pornography using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

SCOTT SPRUILL, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 7/20/2016

_Judge's signature_

City and state: Orlando, Florida

KARLA R. SPAULDING, U.S. Magistrate Judge

**STATE OF FLORIDA**  CASE NO.: 6:16-mj- 1428

**COUNTY OF ORANGE**

## AFFIDAVIT

I, Scott Spruill, after being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since June 2014. I am currently assigned to the Safe Streets Task Force in Orlando, Florida. As a Special Agent I have conducted investigations involving narcotics trafficking, criminal enterprises, bank robberies, interstate transportation of stolen property, fugitives, and kidnappings. I have also assisted in many investigations involving crimes against children.

2. As an agent for the FBI's Safe Streets Task Force in Orlando, Florida, my responsibilities include investigating possible criminal violations of the United States Code. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2252 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors under 18 U.S.C. § 2422(b). Additionally, I have authored affidavits in support of, and participated in the execution of, search warrants involving the searches and seizures of computers, computer equipment, software and electronically stored information.

3. It is a violation of 18 U.S.C. § 2252A(a)(1) for any person to knowingly transport, using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography, as defined in 18 U.S.C. § 2256(8). Whoever willfully causes an act to be

done which if directly performed by him or another would be an offense against the United States, is punishable as a principal, pursuant to 18 U.S.C. § 2(b). This affidavit is submitted in support of a criminal complaint against MICHAEL MICHALAK for violations of 18 U.S.C. §§ 2252A(a)(1) and 2(b).

4. The information in this affidavit is based on information provided to me by other law enforcement officers and information obtained from witnesses. The information set forth herein is provided solely for the purpose of establishing probable cause in support of the requested criminal complaint and arrest warrant. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all of the details of this investigation of which I am aware.

## DETAILS OF THE INVESTIGATION

5. In March 2016, while acting in an undercover capacity, FBI Special Agent Kevin Kaufman (hereinafter the "UC") joined a Facebook group dedicated to a taboo subject.

6. On April 15, 2016, an individual using the Facebook display name of "Michael Michalak"—and later identified as MICHAEL MICHALAK—initiated a conversation with the UC via Facebook Instant Messenger. MICHALAK stated that he had been in the same Facebook group as the UC for a few days, but that he "felt stuff like that is better if it stays on th[e] DL [down low], because of how most people react to it." MICHALAK also told the UC that he had engaged in incest with his daughter from when she was 9 years old until she moved out of the house at age 21. In addition to acknowledging his own incestuous relationship, MICHALAK expressed curiosity about the incestuous activities that the UC professed to engage in with his (fictitious) prepubescent step-daughters.

2

7. Six days later, on April 21, 2016, MICHALAK again initiated conversation with the UC via Facebook Instant Messenger. During their communication, MICHALAK stated that he introduced his daughter to sex after she expressed curiosity about his viewing of pornography. MICHALAK asked the UC how young the children were in the child pornography the UC viewed, because "I [MICHALAK] never seem to find anything younger than 20 somethings labeled as teens." MICHALAK also stated that he did not collect child pornography because "I feel it's too dangerous to keep."

8. MICHALAK asked the UC to send him images of any child pornography he made while sexually abusing his step-daughters, stating, "Would you mind sharing with me what you showed them at first, or does it no longer exist?" The UC responded, "It exists. Not with me at the moment. You have anything you can share??" MICHALAK replied in the negative, stating, "Sorry, no. as I said before, I have no luck searching, and haven't felt comfortable about keeping ANYTHING. I do like to look when time allows. I have a serious weakness for younger, dating back to my times with my sisters when we were kids."

9. MICHALAK reached out to the UC via Facebook Instant Messenger several more times between April 22 and May 14, 2016. On each occasion, MICHALAK initiated contact with the UC, and on three consecutive contact dates (April 26, April 28, and May 4), the UC did not respond.

10. On May 14, 2016, MICHALAK contacted the UC and said he had found "something that might interest you." On May 16, the UC replied, "Like what," and MICHALAK replied, "Access to pictures and videos of particular interest."

11.  MICHALAK then directed the UC to download a social media mobile application (hereinafter referred to as "Mobile Application A"). He explained that if the UC downloaded Mobile Application A, MICHALAK could invite him into groups so he could view each group's content and communicate with its members.

12.  On May 16, 2016, MICHALAK sent the UC a link and described it as "a sample of what you can find (NSFW)."[1] When the UC clicked on the link, he was led directly to a folder hosted by mega.nz, a New Zealand-based cloud storage company. The folder contained more than 100 videos depicting child pornography, including videos of:

- a four- or five-year-old girl performing oral sex on an adult male;
- an adult male performing oral and anal sex on a prepubescent girl;
- a girl of approximately ten years of age, performing oral sex on an adult male;
- an adult engaging in anal sex with a seven-year-old girl; and
- an adult male digitally penetrating a three-year-old girl.

13.  After the UC informed MICHALAK that he had downloaded Mobile Application A, MICHALAK began to send the UC invitations to join various groups on Mobile Application A.[2] In form and function, the Mobile Application A groups were analogous to a Facebook group for child pornography. The following are titles of the Mobile Application A groups that MICHALAK invited the UC to join on May 17 and 18:

- Putinhas adolescentes ("adolescent b****es")
- BeBe Ta ("your baby")
- Young fresh pink cp
- Niñas Latinas de 12 años ("12-year-old Latina girls")
- Hard

---

[1] "NSFW" stands for "Not Safe For Work."
[2] Only members of a Mobile Application A group can invite other Mobile Application A users to join the group.

4

14.     The UC joined each Mobile Application A group and observed that the groups provided a space online for members to post (and thus share with other group members) photos and videos of child pornography. One of the videos the UC downloaded from the "BeBe Ta" Mobile Application A group depicted a father coaxing and forcing his 11- or 12-year-old daughter to engage in vaginal sex as she cried and protested.

15.     On June 2, 2016, MICHALAK sent the UC an invitation to join another Mobile Application A group called "Dudinha." The contents of the "Dudinha" Mobile Application A group were comparable to those of the other Mobile Application A groups MICHALAK introduced the UC to. The UC did not react to MICHALAK, however, and on June 3, MICHALAK sent the UC a message stating, "You've been quiet lately. Everything ok? [cloud.mail.ru link] hope it works for you."

16.     The cloud.mail.ru link led to a cloud storage folder that contained more than 600 images and videos, zip files, and a subfolder with a Russian title that translates to "hardcore photos." Many photos in the folder depict infants, toddlers, and children, and the lascivious display of their genitalia. Many others depict infants, toddlers, and children being forced to engage in anal and oral sex. Some photos depict children engaged in bestiality and bondage. In one photo, a two- or three-year-old girl is bound by rope with her legs splayed, and "Lick me please" is written on her abdomen, in pen, with an arrow pointing down to her vagina.

17.     The UC did not reply to MICHALAK after receiving the cloud.mail.ru link. Three days passed, and MICHALAK reached out to the UC again on June 6, 2016, to say "hello...how are [things] in your world?"

18.     The UC replied on June 7, 2016, explaining that he had been ill. MICHALAK and the UC exchanged several additional chats, conversing primarily about an upcoming trip that the UC was taking with his daughters to Chicago and Springfield, Illinois.

19.     On June 9, 2016, MICHALAK sent the UC another cloud.mail.ru link, which led to a cloud storage folder entitled "Gracel." The UC downloaded from the folder 35 videos and 13 images of child pornography. The pictures and videos depicted young girls of approximately 4 to 11 years of age who were being orally, vaginally, and anally raped by adult males.

20.     From May 17, 2016 to June 30, 2016, MICHALAK sent the UC more than 20 links to groups found on Mobile Application A. Some links expired before the UC could access them, and the UC was unable to access other links before Mobile Application A removed them due to Mobile Application A restrictions. Each Mobile Application A link that the UC could access, however, led the UC to Mobile Application A groups in which child pornography images and videos could be viewed. The videos and images were posted by the members in the group and could be viewed by other members belonging to the group.

21.     On March 26, 2016, FBI Task Force Agent Steve McElyea (UC2) received a message and a friend request from MICHALAK via Facebook Instant Messenger. The initial message MICHALAK sent UC2 via Facebook Instant Messenger stated, "I think we may have similar taste." On June 11, 2016, UC2 responded, "depends on what you like to taste...lol."

22. From June 11, 2016, to July 6, 2016, MICHALAK and UC2 continued to chat on Facebook Instant Messenger. On June 14, MICHALAK stated that he had seen what UC2 had posted on a Facebook group devoted to a taboo subject, and MICHALAK commented, "I tip my cap to you...I could never be open about my relationship like that."

23. During MICHALAK's ensuing conversations with UC2 via Facebook Instant Messenger, MICHALAK indicated that his age of attraction is "6-8 up to around 12-14 if they're still bald." MICHALAK also told UC2 that he views child pornography.

24. On June 23, 2016, MICHALAK sent to UC2 two links via Facebook Instant Messenger. UC2 clicked on the links and both links led to separate Russian cloud storage websites that contained videos of child pornography.

25. On July 20, 2016, MICHALAK traveled to a restaurant in Quincy, Illinois, to meet the UC and his notional daughter. MICHALAK was placed under arrest and was advised of his *Miranda* rights. MICHALAK waived his rights and agreed to speak to the UC.

### INTERVIEW OF MICHAEL MICHALAK

26. During the interview, MICHALAK admitted to engaging the UC and UC2 in the conversations over Facebook Instant Messenger. MICHALAK admitted to sending several links to cloud storage accounts and Mobile Application A that contained several images and videos of child pornography. In addition to the links, MICHALAK admitted to sending videos of child pornography and links to Facebook Instant Messenger to both the UC and UC2.

27. Based on the information provided, I believe there is probable cause to believe that MICHAEL MICHALAK aided and abetted the transportation of child

pornography using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(1) and 2(b).

Scott Spruill, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 20th day of July, 2016.

KARLA R. SPAULDING
United States Magistrate Judge